# United States District Court
### Northern District of New York
## JUDGMENT IN A CIVIL CASE

**KRITRINA H. COONS,**

        **V.**        **CASE NUMBER: 1:05-CV-1164 (NPM)**

**COMMISSIONER OF SOCIAL SECURITY**


[X]    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


**IT IS ORDERED AND ADJUDGED;** that the Commissioners' decision is AFFIRMED, and Commissioner's motion for judgment on the pleadings is GRANTED.


| November 2, 2009 | LAWRENCE K. BAERMAN |
|---|---|
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | |
| | **s/** |
| | _____ |
| | **DONNA M. FRANCISCO** |
| | **DEPUTY CLERK** |